**Opinion issued June 28, 2012.**



In The

# Court of Appeals
### For The
# First District of Texas
———————————

## NO. 01-11-00569-CV
———————————

## LORETTER BROCK, Appellant

## V.

## RUTH STIMLEY, Appellee

---

### On Appeal from the 133rd District Court
### Harris County, Texas
### Trial Court Cause No. 2010-64366

---

## MEMORANDUM OPINION

This is an attempted appeal from an interlocutory order signed on June 30, 2011.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be

appealed only if authorized by statute. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001).

On November 15, 2011, the Court notified the parties of its intent to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating this court's jurisdiction on or before November 29, 2011. *See* TEX. R. APP. P. 42.3(a). Appellant has not filed a response.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.